ADAM PAUL LAXALT
Attorney General
KATHLEEN BRADY
Nevada Bar No. 11525
Deputy Attorney General
555 Wright Way
Carson City, Nevada 89711
Telephone: (775) 684-4605
Fax: (775) 684-4601
KBrady@ag.nv.gov
*Attorney for Defendant*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JESSE ANDERSON,<br><br>    Plaintiff,<br><br>vs.<br><br>CONNIE BISBEE<br><br>    Defendant. | Case No. 3:15-cv-00465-MMD-WGC |

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Jesse Anderson, pro se, and Defendant Connie S. Bisbee, the Chairman of the Nevada Board of Parole Commissioners (hereinafter "Defendant"), by and through counsel, Adam Paul Laxalt, Attorney General of the State of Nevada, and Kathleen Brady, Deputy Attorney General, that the Complaint in the above-captioned matter be dismissed in its entirety with prejudice.

This Stipulation for Dismissal is based upon a settlement agreement reached by the parties in this matter at an Early Mediation Conference held on April 11, 2016. The settlement agreement was subsequently re-addressed at a hearing held before the Honorable Magistrate Judge William G. Cobb on July 6, 2016. At that hearing, the settlement terms were reaffirmed and were modified only as to the

///

period set for the parole hearing. The settlement terms have further been memorialized in a written settlement agreement executed contemporaneously herewith. Each party shall bear their own attorney fees and costs.

Dated: 7-12, 2016.

Jesse Anderson
Plaintiff, Pro Se

Dated: July 13, 2016.

ADAM PAUL LAXALT
Nevada Attorney General

By: _____
Kathleen Brady
Deputy Attorney General
*Attorneys for Defendants*

IT IS SO ORDERED:

DATED THIS 14th day of July 2016.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

-2-